(108 So. 922)

Clarence DODD v. STATE. (6 Div. 914.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Winston County; R. L. Blanton, Judge.

SAMFORD, J. Appeal dismissed.

---

(105 So. 923)

Blanche DONAHOO v. STATE. (6 Div. 822.) (Court of Appeals of Alabama. Aug. 11, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Vagrancy.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(105 So. 923)

Blanche DONAHOO v. STATE. (6 Div. 823.) (Court of Appeals of Alabama. Aug. 11, 1925.) Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge. Violating prohibition law.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(106 So. 916)

Henry DORSEY v. STATE. (1 Div. 635.) (Court of Appeals of Alabama. Nov. 17, 1925.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating automobile law.

SAMFORD, J. Affirmed.

---

(108 So. 923)

Charles E. DRENNEN v. STATE. (6 Div. 951.) (Court of Appeals of Alabama. May 11, 1926.) Appeal from Circuit Court, Jefferson County; J. P. McCoy, Judge. Reckless driving.

RICE, J. Affirmed.

---

(110 So. 919)

J. O. DUKE v. STATE. (5 Div. 648.) (Court of Appeals of Alabama. Nov. 23, 1926.) Appeal from Circuit Court, Randolph County; N. D. Denson, Judge.

SAMFORD, J. Appeal dismissed.

---

(106 So. 916)

Elmer DYKES v. STATE. (1 Div. 628.) (Court of Appeals of Alabama. Nov. 17, 1925.)

Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition laws.

SAMFORD, J. Affirmed.

---

(106 So. 916)

W. M. EARWOOD v. STATE. (6 Div. 814.) (Court of Appeals of Alabama. Jan. 12, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. From a judgment of conviction of the offense of unlawfully distilling prohibited liquors, etc., this appeal is brought by appellant on the record proper, without bill of exceptions. There being no error apparent, the judgment is affirmed. Affirmed.

---

(108 So. 923)

Samuel B. EATMAN v. CITY OF TUSCALOOSA. (6 Div. 926.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

SAMFORD, J. Appeal dismissed.

---

(108 So. 923)

Samuel B. EATMAN v. CITY OF TUSCALOOSA. (6 Div. 927.) (Court of Appeals of Alabama. April 27, 1926.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

RICE, J. Appeal dismissed.

---

(110 So. 919)

W. E. EDGIL v CITY OF CARBON HILL. (6 Div. 987.) (Court of Appeals of Alabama. Nov. 26, 1926.) Appeal from Circuit Court, Walker County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.